Amir J. Goldstein, Esq. (SBN 255620)
Attorney for Plaintiff
5455 Wilshire Boulevard, Suite 1812
Los Angeles, CA 90036
Tel  323.937.0400
Fax 866.288.9194
ajg@consumercounselgroup.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAL LEDERMAN, | CASE NO.:  13-cv-05406-BRO |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| THE RECEIVABLE MANAGEMENT SERVICES CORPORATION d/b/a RMS and DOES 1 through 10 inclusive, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff TAL LEDERMAN and Defendant THE RECEIVABLE MANAGEMENT SERVICES CORPORATION d/b/a RMS have reached a settlement in the above-captioned case. Plaintiff will file a Notice of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

//
//
//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: September 5, 2013              Amir J. Goldstein, Esq.

                                      __/S/ AJG_____
                                      Amir J. Goldstein, Esq.
                                      **Attorney for Plaintiff**
                                      5455 Wilshire Boulevard., Suite 1812
                                      Los Angeles, CA 90036
                                      Tel 323.937.0400
                                      Fax 866.288.9194